IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

    v.       :   CRIMINAL NO. 13-348

ERIC V. FOX       :

FILED
FEB 06, 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 6th day of February, 2014, upon the United States' unopposed motion made at sentencing to dismiss Count One of the Indictment, it is hereby ORDERED and ADJUDGED that the motion be, and the same is, GRANTED.

BY THE COURT:

HONORABLE R. BARCLAY SURRICK
Senior United States District Judge

mailed to: 2/6/2014
AUSA Green